UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| EMCASCO Insurance Company, | Civil File No: 3:22-CV-00443-WMC |
| Plaintiff, | Case Type: Declaratory Judgment |
| v. | |
| Northern Metal Fab, Inc., and Ellicott Dredges, LLC, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

---

The above-entitled action having been fully, finally and completely compromised and settled between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

11860598

2

Dated: June 28, 2024

HELLMUTH & JOHNSON PLLC

/s/ Kurt M. Mitchell
_____
Carol R. M. Moss, (#1074373)
Kurt M. Mitchell, Pro Hac Vice
8050 West 78th Street
Edina, MN 55439
P: (952) 260-9184
F: (952) 941-2337
E: kmitchell@hjlawfirm.com

*Attorney(s) for Defendant*
*Northern Metal Fab, Inc.*

2

11860598

|  |  |
|---|---|
| | S<small>AUL</small> E<small>WING</small> LLP |
| Dated: June 28, 2024 | /s/ Jordan D. Rosenfeld<br>_____<br>Jordan D. Rosenfeld, Pro Hac Vice<br>1001 Fleet Steet, 9th Floor<br>Baltimore, MD 21202<br>P: (410) 332-8612<br>F: (410) 332-8862<br>E: jordan.rosenfeld@saul.com<br><br>*Attorney(s) for Defendant Ellicott Dredges, LLC* |

3

11860598

|  |  |
|---|---|
|  | ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A. |
| Dated: June 28, 2024 | /s/ Stephen M. Warner<br>_____<br>Stephen M. Warner (#0271275)<br>500 Young Quinlan Building<br>81 South Ninth Street<br>Minneapolis, MN 55402-3214<br>P: (612) 339-3500<br>F: (612) 339-7655<br>smwarner@ArthurChapman.com<br><br>*Attorneys for Plaintiff*<br>*EMCASCO Insurance Company* |

11860598